

07-CV-01392-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

KARL LOUIS AMMANN,

Petitioner,

v.

STEVE THOMPSON,

Respondent.

CASE NO. C07-1392-MJP

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE

The Court, having reviewed the petition for writ of habeas corpus (Dkt. No. 1), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge (Dkt. No. 3), Petitioner's objections to the Report and Recommendation (Dkt. No. 7), and the remaining record, does hereby find and Order:

(1) The Court ADOPTS the Report and Recommendation;

(2) Petitioner's petition for writ of habeas corpus, and this action, are DISMISSED without prejudice for failure to exhaust state remedies;

(3) Petitioner may not challenge the conditions of his confinement, including his medical care, in a federal habeas action under 28 U.S.C. § 2254; and

(4) Petitioner's request that his fiancee be appointed guardian ad litem (GAL) is DENIED. Petitioner has offered no legal support for his request that a GAL be appointed, and it does not appear that he meets the requirements of Fed. R. Civ.

P. 17(c). See Allen v. Calderon, 408 F.3d 1150, 1153 (9th Cir. 2005) (holding that Federal Rule 17(c), which requires that the Court appoint a GAL for all infants or incompetent persons not otherwise represented, applies to habeas petitioners as it does to other civil litigants).

The Clerk is directed to send copies of this Order to Petitioner and to Judge Theiler.

DATED this **2** day of November, 2007.

MARSHA J. PECHMAN
United States District Judge

ORDER DISMISSING § 2254
PETITION WITHOUT PREJUDICE
PAGE -2